IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| LE'SEAN EDGE, | : | Case No. 1:21-cv-532 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| RON ERDOS, *et al.*, | : | |
| Defendants. | : | |

**ORDER ADOPTING REPORTS AND RECOMMENDATIONS (Docs. 4, 9 & 16)**

This action is before the Court upon multiple Reports and Recommendations (the "Reports") (Docs. 4, 9 & 16) of United States Magistrate Judge Stephanie K. Bowman, to whom this case is referred pursuant to 28 U.S.C. § 636(b). In the Reports, Magistrate Judge Bowman recommended the following: (1) Plaintiff's Complaint (Doc. 1) be dismissed with prejudice, (2) Plaintiff's Motion for a Preliminary Injunction and/or Temporary Restraining Order (Doc. 6) be denied, and (3) Plaintiff's Amended Complaint (Doc. 15) be dismissed with prejudice, pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1), with exception to Plaintiff's First Amendment retaliation claims against Defendants Lt. Barney, C.O. Josh Kinner, and Ron Erdos. Plaintiff filed Objections to the Reports (Docs. 5 & 17). Thus, this matter is ripe for the Court's review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case. Upon said review, the Court finds that Plaintiff's Objections are not well-taken and are accordingly **OVERRULED**.

Thus, the Court ADOPTS Magistrate Judge Bowman's Reports and Recommendations (Docs. 4, 9 & 16) in their entirety and **ORDERS** the following:

(1) Plaintiff's Complaint (Doc. 1) is **DISMISSED with prejudice;**

(2) Plaintiff's Motion for a Preliminary Injunction and/or Temporary Restraining Order (Doc. 6) is **DENIED;** and

(3) Plaintiff's Amended Complaint (Doc. 15) is **DISMISSED with prejudice**, with exception of Plaintiff's First Amendment retaliation claims against Defendants Lt. Barney, C.O. Josh Kinner, and Ron Erdos.

**IT IS SO ORDERED.**

By: UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
*[signature]*
MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE